**Order entered September 16, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00067-CV**

**DEMONDRIA JEFFERSON AND DEMETRA WYSINGER, Appellants**

**V.**

**GEICO COUNTY MUTUAL INSURANCE CO., Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-00628-E**

**ORDER**

Before the Court is appellants' September 14, 2020 motion for a four-day extension of time to file their brief. We **GRANT** the motion and **ORDER** appellants' opening brief be filed no later than September 18, 2020.

/s/    BILL WHITEHILL
        JUSTICE